# ATTACHMENT

**Attorneys for Plaintiff**

Robert Chalfant (State Bar No. 203051)
ROBERT CHALFANT LAW, PC
13620 Lincoln Way, Suite 325
Auburn, California 95603
Telephone: (916) 647-7728
Email: robert@rchalfant.com

Jack E. Kopp [SBN 195799]
Law Office of Jack E. Kopp
1528 Star Dr., Suite B
Yuba City, California 95993
Telephone: 530-674-4011
Email: jackk@succeed.net